NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACTIVEVIDEO NETWORKS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., AND VERIZON SOUTH INC.,**
*Defendants-Appellants.*

---

2011-1538, -1567, 2012-1129, -1201

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0248, Judge Raymond A. Jackson.

---

## ON MOTION

---

## O R D E R

Upon consideration of Verizon Communications, Inc. et al.'s unopposed motion to consolidate appeal no. 2012-1201 with appeal nos. 2011-1538, 2011-1567, and 2012-1129,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

_FEB 0 8 2012_
Date

_/s/ Jan Horbaly_
Jan Horbaly
Clerk

cc: Michael J. Lyons, Esq.
  Michael K. Kellogg, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 8 2012

JAN HORBALY
CLERK